IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DAVID JONES, JR.**                                                                        **PLAINTIFF**

**V.**                                                                 **CIVIL CAUSE NO. 1:21-CV-76-DAS**

**LOVE'S TRAVEL STOPS &**
**COUNTRY STORES, INC. ET AL**                                                   **DEFENDANT**

## **FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this day, judgment is entered in favor of the Defendant and against the Plaintiff. This CASE is CLOSED.

**SO ORDERED**, this the 16th day of June, 2022.

                                                                       /s/ David A. Sanders
                                                                       UNITED STATES MAGISTRATE JUDGE